# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Marilyn Edith Johansen

V.

San Diego Police Department, City of San Diego, County of San Diego, State of California, and Does 1 through 1000

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 07cv1601 LAB (LSP)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

this action is dismissed without prejudice.

| December 19, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/ A. Everill
(By) Deputy Clerk

ENTERED ON December 19, 2007